IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT BOSCH HEALTHCARE SYSTEMS, INC.,

    Plaintiff,

  v.

WALDO NETWORKS, INC,

    Defendant.

No. C 12-0067 CW

ORDER DENYING MOTION TO WITHDRAW AS COUNSEL

Defendant's counsel's motion to withdraw is denied without prejudice. A corporation cannot represent itself and will be in default if it fails to appear through counsel. Defendant's counsel must provide proof that it has notified its client of this fact, and written consent and acknowledgement of the client, and must agree to continue to provide communication from the Court and Plaintiff to Defendant. See Local Rule 11-5(b).

Dated: 4/4/2012

CLAUDIA WILKEN
United States District Judge