TERESA W. GHALI (SBN 252961)
tghali@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:     415-765-9500
Facsimile:      415-765-9510

Attorney for Defendant WALDO NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOSCH HEALTHCARE SYSTEMS, INC., <br><br>    Plaintiff, <br><br> v. <br><br> WALDO NETWORKS, INC. <br><br>    Defendant. | Case No. C 12-00067 CW <br> Assigned to Hon. Claudia Wilken <br><br> **[PROPOSED] ORDER GRANTING UNOPPOSED RENEWED AND EXPANDED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT WALDO NETWORKS, INC.** |

Having considered the Motion for Leave to Withdraw as Counsel for Defendant Waldo Networks, Inc. ("Waldo"), and good cause appearing therefore, the Motion is GRANTED.

It is hereby ORDERED, pursuant to Civ. L.R. 11-5(a), that Teresa W. Ghali and the law firm of Akin Gump Strauss Hauer & Feld LLP may and hereby are withdrawn as counsel for Waldo in this matter.

Dated: 4/6/2012

*[signature]*
United States District Judge

1

[Proposed] Order Granting Unopposed Renewed and Expanded Motion for Leave to Withdraw as Counsel for Defendant Waldo Networks, Inc.                                              Case No. C 12-00067 CW