IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOSCH HEALTHCARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WALDO NETWORKS, INC., <br><br> Defendant. | No. C 12-00067 CW <br><br> ORDER DIRECTING COUNSEL TO FILE DEFAULT MOTION AND VACATING CASE MANAGEMENT CONFERENCE |

On April 6, 2012, the Court granted the motion for counsel for the sole Defendant Waldo Networks, Inc. to withdraw. No counsel has since entered an appearance on behalf of the corporation.

On April 13, 2012, Plaintiff Robert Bosch Healthcare Systems, Inc. filed a stipulation to extend the time for Defendant to answer the complaint from April 12 to April 18.

As of today, Defendant has not filed an answer to the complaint. In its case management statement, Plaintiff indicates that it will file a motion for default if Defendant does not answer the complaint.

IT IS HEREBY ORDERED that Plaintiff seek entry of default from the clerk within fourteen days from the date of this order and then file a motion for default judgment in another fourteen days. Upon the filing of the motion for default judgment, said

motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

   IT IS FURTHER ORDERED that the Case Management Conference previously set for Wednesday, April 25, 2012 is vacated.

Dated: 4/23/2012     
                     CLAUDIA WILKEN
                     United States District Judge

2